# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES NERO,

        Plaintiff,

    v.

NURSE BARNA, *et al.*,

        Defendants.

No. 4:25-CV-02412

(Chief Judge Brann)

## <u>ORDER</u>

**AND NOW**, this 3rd day of April 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's *Bivens* lawsuit is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2.  Plaintiff's motion for injunctive relief (Doc. 10) is **DISMISSED** as moot in light of paragraph 1 above.[1]

3.  The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1]  The motion for injunctive relief, if considered on the merits, would be denied. Plaintiff's *Bivens* claims do not have a "likelihood of success on the merits," which is a threshold requirement for injunctive relief. *See Reilly v. City of Harrisburg*, 858 F.3d 173, 179 (3d Cir. 2017).